**Opinion issued September 14, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00761-CR

———————————

## IN RE JASON RAY BOUCHARD, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jason Ray Bouchard, has filed a petition for writ of mandamus, challenging the trial court's order resetting his case for trial.[1]

---

[1] The underlying case is *State of Texas v. Jason Ray Bouchard*, No. 1245909, in the 178th District Court of Harris County, Texas, the Honorable David Mendoza presiding.

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).